UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN CUMMINGS, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WALTER INVESTMENT MANAGEMENT, CORP., MARK J. O'BRIEN, DENMAR DIXON, BOB YEARY, MARC HELM, and CHARLES E. CAUTHEN,<br><br>Defendants. | Case No. 13-CV-1916-JDW-TBM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A), Plaintiff John Cummings ("Plaintiff") hereby voluntarily dismisses his action, *Cummings v. Walter Investment Management, Corp. et al.*, 13-CV-1916-JDW-TBM, brought before the Middle District Court of Florida, without prejudice, as to all defendants. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

Dated: October 2, 2013

                                                Respectfully submitted,
                                                **POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**

                                                /s/ Jayne A. Goldstein
                                                Jayne A. Goldstein
                                                1792 Bell Tower Lane, Suite 203
                                                Weston, Florida 33326
                                                Telephone: (954) 315-3454
                                                Facsimile: (954) 315-3455
                                                jagoldstein@pomlaw.com

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Jeremy A. Lieberman
Lesley F. Portnoy
600 Third Avenue – 20th Floor
New York, New York 10017
Telephone: 212-661-1100
Facsimile: 212-661-8665
jalieberman@pomlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I, Jayne A. Goldstein, hereby certify that on October 2, 2013, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

                /s/ Jayne A. Goldstein
                Jayne A. Goldstein